IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **99-cv-501-JLK**

**GREGORY ALAN JOHNSON**

    Plaintiff,

v.

**LIEUTENANT HIJAR,**

    Defendant.

**ORDER**

**Kane, J.**

This matter is before the court on Plaintiff's Motion to Reopen (doc. #34), filed September 14, 2007. The court has reviewed the motion and the January 4, 2008 Status Report. It is

ORDERED that the Motion is GRANTED. This case is RE-OPENED.

Dated at Denver, Colorado this 7th day of January, 2008.

                                                   BY THE COURT:

                                                 *S/John L. Kane*
                                                 JOHN L. KANE, SENIOR JUDGE
                                                 UNITED STATES DISTRICT COURT