IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **99-cv-501-JLK**

**GREGORY ALAN JOHNSON**

     Plaintiff,

v.

**LIEUTENANT HIJAR,**

     Defendant.

---

## ORDER

---

**Kane, J.**

Upon consideration of Plaintiff's Response to Order to Show Cause(doc. #64), the Order to Show Cause (doc. #62) is DISCHARGED. Plaintiff shall continue to either make the required monthly payment for each month or file a certified copy of his inmate trust find account statement for the month demonstrating that he is not required to make such payment as directed on or before the 15th of each month.

Dated at Denver, Colorado this 17th day of October, 2008.

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT