IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **99-cv-501-JLK**

**GREGORY ALAN JOHNSON**

    Plaintiff,

v.

**LIEUTENANT HIJAR,**

    Defendant.

## ORDER

**Kane, J.**

This matter is before the court on the Colorado Department of Corrections' Motion to Quash Subpoena *Duces Tecum* of Neta Bruch (doc. #76), filed March 26, 2009. The Motion is **DENIED**. Additionally, the Motion for Protective Order (doc. #79), filed as part of defendant's joinder in the motion to quash is **DENIED** without prejudice to re-filing in a form consistent with my form protective order available on the court's website at www.cod.uscourts.gov.

Dated:  April 8, 2009

                                                           BY THE COURT:

                                                           *S/John L. Kane*
                                                           JOHN L. KANE, SENIOR JUDGE
                                                           UNITED STATES DISTRICT COURT