IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 99-cv-501-JLK

Gregory Alan Johnson,

Plaintiff,

v.

Perfecto Hijar,

Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Based on the settlement agreement reached by the Parties and the Joint Stipulation of Dismissal with Prejudice (doc. #102), filed January 25, 2010;

IT IS ORDERED THAT this matter is DISMISSED WITH PREJUDICE.

The Court retains jurisdiction to supervise the completion and performance of the terms of the settlement agreement.

Dated this 25th day of January, 2010.

*s/John L. Kane*
HON. JOHN L. KANE
U.S. DISTRICT JUDGE